# Court of Appeals
# of the State of Georgia

ATLANTA,  April 02, 2025

*The Court of Appeals hereby passes the following order:*

A25A1356. SALVATORE GIANNI v. THE STATE.

Salvatore Gianni was convicted of identity theft fraud on January 7, 2025. Gianni filed a notice of appeal on February 11, 2025. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Redford v. State*, 357 Ga. App. 247, 250 (850 SE2d 447) (2020). Here, Gianni's notice of appeal was filed 35 days after entry of the order he wishes to appeal and was untimely. Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 04/02/2025

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*